IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. 2013-31 |
| ) | |
| vs. ) | |
| ) | |
| JOELVIS ACOSTA LIZ ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The defendant, by consent, appeared before me on August 7, 2013, pursuant to Federal Rule of Criminal Procedure 11, LRCr 1.2. and LRCi 72.3, and has entered a plea of guilty to Count One of the Indictment, violations of 21 U.S.C. §§ 841(a), 841(b)(1)(A) and 846.

After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was made knowingly and voluntarily as to each count, and that the offenses charged were supported by an independent basis in fact containing each of the essential elements of such offenses. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Date: August 7, 2013

_____
United States Magistrate Judge

### NOTICE

Failure to file written objections to the Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge, 28 U.S.C. Section 636(b)(1)(B), LRCi. 72.3, 72.4.